# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DIONNE ESCALERA WONG,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:07-cv-1207-Orl-22DAB**

**AFFILIATED COMPUTER SERVICES,
INC., and DARWIN A. DEASON,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 34) filed on March 10, 2008.

The United States Magistrate Judge has submitted a report recommending that the settlement by offer of judgment be accepted as a "fair and reasonable resolution of a bona fide dispute" over FLSA issues, and that the case be closed, subject to reopening as to the issue of fees only for a period of 10 days in the event the parties cannot agree.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.	The Report and Recommendation filed March 10, 2008 (Doc. No. 34) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court finds that the settlement is a fair and reasonable resolution of the merits of the case.

3. The Clerk is directed to enter Judgment providing that the Plaintiff Dionne Escalera Wong recover of the Defendants Affiliated Computer Services, Inc. and Darwin A. Deason, jointly and severally, the sum of $10,000.00.

4. The Clerk is directed to CLOSE the file.

5. The Court reserves jurisdiction to address the issue of fees, provided a Motion is filed within 10 days of the date of this Order.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 28, 2008.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge